**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Civil Action No.: 01-1652 MJD/JGL

CALTON, INC. and GILDEA MANAGEMENT COMPANY,

Plaintiffs,

vs.

CORVU CORPORATION, JON ADAMS FINANCIAL CO., L.L.P., EQUITY SECURITIES INVESTMENTS, INC., DAVID CARLSON, ISMAIL KURDI, JUSTIN MACINTOSH, JAMES L. MANDEL, PIERCE A. MCNALLY, ALAN MISSROON, and EDWARD S. ADAMS,

Defendants.

**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER**

It is hereby stipulated and agreed by and between the parties herein, through their respective counsel, that:

1. the Defendants shall have an extension until October 1, 2001 to answer Plaintiffs' Complaint in this action.

Dated: September 18, 2001

DORSEY & WHITNEY LLP

By: [signature]
James K. Langdon II, #171931
Mark J. Chasteen, #281098

220 South Sixth Street
Minneapolis, Minnesota 55402-1498
(612) 340-2600

ATTORNEYS FOR PLAINTIFFS CALTON, INC. AND GILDEA MANAGEMENT COMPANY

FILED SEP 20 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2296044.1

Dated: September 18, 2001

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: ______________________________
Christopher W. Madel, #230297
Anne M. Lockner, #0295516

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

ATTORNEYS FOR DEFENDANTS JON ADAMS FINANCIAL CO., L.L.P., EQUITY SECURITIES INVESTMENTS, INC., AND EDWARD S. ADAMS

Dated: September ___, 2001

FREDRICKSON & BYRON, P.A.

By: ______________________________
James E. Dorsey, #________________
Matthew T. Boos, #________________

1100 International Centre
900 Second Avenue South
Minneapolis, Minnesota 55402
(612) 347-7000

ATTORNEYS FOR DEFENDANTS CORVU CORPORATION, DAVID CARLSON, ISMAIL KURDI, JUSTIN MACINTOSH, JAMES L. MANDEL, PIERCE A. MCNALLY, AND ALAN MISSROON

Dated: September ___, 2001

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: ______________________________
Christopher W. Madel, #230297
Anne M. Lockner, #0295516

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

ATTORNEYS FOR DEFENDANTS JON ADAMS FINANCIAL CO., L.L.P., EQUITY SECURITIES INVESTMENTS, INC., AND EDWARD S. ADAMS

Dated: September 18, 2001

FREDRICKSON & BYRON, P.A.

By: Matt Boos
James E. Dorsey, #137893
Matthew T. Boos, #237310

1100 International Centre
900 Second Avenue South
Minneapolis, Minnesota 55402
(612) 347-7000

ATTORNEYS FOR DEFENDANTS CORVU CORPORATION, DAVID CARLSON, ISMAIL KURDI, JUSTIN MACINTOSH, JAMES L. MANDEL, PIERCE A. MCNALLY, AND ALAN MISSROON

**SO ORDERED.**

U.S. District Court

# Please forward this announcement to the recipient of this fax.

---

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---


700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500