138493

# UNITED STATES DISTRICT COURT
## District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-1652 MJD/JGL **Case Title:** Calton, Inc., et al. v. Corvu Corporation, et al.

**Affidavit of Movant**

I, ________________, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Richard Harper, an attorney admitted to practice in the United States District of New Jersey, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff ( )defendant Gildea Management ~~Calton, Inc.~~ in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

James K Langdon II — Signature
171931 — MN Attorney License #
10-02-01 — Date

**Affidavit of Proposed Admittee**

I, Richard Harper, am currently a member in good standing of the U.S. District Court for the United States District of New Jersey, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Richard Harper — Type/Print Name
Signature
10/1/01 — Date

Attorney License Number: N/A

Law Firm Name & Address:
McCarter & English, LLP
100 Mulberry Street, 4 Gateway Center
Newark, NJ 07102
Telephone: ( ) 973-622-4444

Motion Granted: Richard D. Sletten
For the Court: ~~Francis E. Dosal,~~ Clerk
RICHARD D. SLETTEN

OCT 5 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED OCT 05 2001
RICHARD D. SLETTEN, CLERK 6/99
JUDGMENT ENTD________
DEPUTY CLERK________