UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1652 (MJD/JGL)

CALTON, et al.,

Plaintiffs,

v.

**PRETRIAL ORDER**

CORVU CORPORATION, et al.,

Defendants.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is one week;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to February 1, 2002;

3. Plaintiffs shall disclose all expert witnesses, including reports, by August 1, 2002, and Defendants shall disclose all expert witnesses, including reports, by September 1, 2002;

4. The period during which the parties may seek discovery shall be completed by October 1, 2002;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to October 1, 2002;

6. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to February 1, 2003; and

7. This case will be considered "ready for trial" as of February 1, 2003.

DATED: December 21, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

FILED DEC 21 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK