UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

1652

CALTON, INC. and GILDEA MANAGEMENT COMPANY,

Plaintiffs,

v.

CORVU CORPORATION, JON ADAMS FINANCIAL CO., L.L.P., EQUITY SECURITIES INVESTMENTS, INC. DAVID CARLSON, ISMAIL KURDI, JUSTIN MACINTOSH, JAMES L. MANDEL, PIERCE A. MCNALLY, ALAN MISSROON, AND EDWARD S. ADAMS,

Defendants.

Civil Action No. 0-01-CV-~~02337~~
(MJD/JGL)

**STIPULATION AND ORDER**

Plaintiffs Calton, Inc. and Gildea Management Company and Defendants Corvu Corporation; Jon Adams Financial Co., LLP; Equity Securities Investments, Inc.; David Carlson; Ismail Kurdi; Justin Macintosh; James L. Mandel; Pierce A. McNally; Alan Missroon; and Edward S. Adams are still in the process of finalizing the settlement of this matter and accordingly stipulate, by and through their undersigned counsel, that the Court may continue to exercise jurisdiction over the parties and this matter through and

FILED 9-4-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

including September 16, 2002, by which time the parties anticipate that they will have been able to file a joint Stipulation of Dismissal.

Dated: August 30, 2002

DORSEY & WHITNEY LLP

By James K. Langdon
James K. Langdon II (#171931)
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-8759

AND

Seth T. Taube
McCartner & English, LLP
100 Mulberry Street
Four Gateway Center
P.O. Box 652
Newark, NJ 07101-0652
Telephone: (973) 622-4444

ATTORNEYS FOR PLAINTIFFS CALTON, INC.AND GILDEA MANAGEMENT COMPANY

Dated: August 30, 2002

FREDRIKSON & BYRON, P.A.

By James E. Dorsey
James E. Dorsey (#137893)
4000 Pillsbury Center
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 347-7000

ATTORNEYS FOR DEFENDANTS CORVU CORPORATION, DAVID CARLSON, ISMAIL KURDI, JUSTIN MACINTOSH, JAMESL. MANDEL, PIERCE A. MCNALLY AND ALAN MISSROON

ROBINS KAPLAN MILLER & CIRESI,
L.L.P.

By ______________________
Christopher W. Madel (#230297)
Anne M. Lockner (#0295516)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone: (612) 349-8500

ATTORNEYS FOR DEFENDANTS
JON ADAMS FINANCIAL CO., L.L.P.,
EQUITY SECURITIES INVESTMENTS,
INC., AND EDWARD S. ADAMS

**ORDER**

SO ORDERED.

Dated: Sept 4, 2002

______________________
Jonathan Lebedoff
U.S. Magistrate Judge