UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

01CV1652

CALTON, INC. and GILDEA MANAGEMENT COMPANY,

Plaintiffs,

v.

CORVU CORPORATION, JON ADAMS FINANCIAL CO., L.L.P., EQUITY SECURITIES INVESTMENTS, INC. DAVID CARLSON, ISMAIL KURDI, JUSTIN MACINTOSH, JAMES L. MANDEL, PIERCE A. MCNALLY, ALAN MISSROON, AND EDWARD S. ADAMS,

Defendants.

Civil Action No. 0-~~01-CV-02~~337 (MJD/JGL)

**STIPULATION AND ORDER**

Plaintiffs Calton, Inc. and Gildea Management Company, by and through their respective undersigned counsel, hereby stipulate (a) that this action has been fully and finally resolved; (b) that the Court may therefore dismiss with prejudice the Complaint of Calton, Inc. and Gildea Management Company against Defendants Corvu Corporation; Jon Adams Financial Co., LLP; Equity Securities Investments, Inc.; David Carlson; Ismail Kurdi; Justin Macintosh; James L. Mandel; Pierce A. McNally; Alan Missroon;

1-27-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

and Edward S. Adams in its entirety; and (c) that each party shall bear its own costs, including attorneys' fees.

Dated: 1-8-03, 2003

DORSEY & WHITNEY LLP

By James K. Langdon
James K. Langdon II (#171931)
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-8759

AND

Seth T. Taube
Richard Harper
McCartner & English, LLP
100 Mulberry Street
Four Gateway Center
P.O. Box 652
Newark, NJ 07102
Telephone: (973) 622-4444

ATTORNEYS FOR PLAINTIFFS
CALTON, INC. AND GILDEA
MANAGEMENT COMPANY

Dated: January 16, 2003

FREDRIKSON & BYRON, P.A.

By James E. Dorsey
James E. Dorsey (#137893)
4000 Pillsbury Center
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 347-7000

ATTORNEYS FOR DEFENDANTS
CORVU CORPORATION, DAVID
CARLSON, ISMAIL KURDI, JUSTIN
MACINTOSH, JAMES L. MANDEL,
PIERCE A. MCNALLY AND ALAN
MISSROON

Dated: January 9, 2003

ROBINS KAPLAN MILLER & CIRESI, L.L.P.

By Christopher W. Madel
Christopher W. Madel (#230297)
Anne M. Lockner (#0295516)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone: (612) 349-8500

ATTORNEYS FOR DEFENDANTS
JON ADAMS FINANCIAL CO., L.L.P.,
EQUITY SECURITIES INVESTMENTS,
INC., AND EDWARD S. ADAMS

**ORDER**

SO ORDERED.

Dated: 1-24, 2003

Michael J. Davis
Michael J. Davis
United States District Judge